# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH C. HOLMES, | : | PRISONER MANDAMUS |
|    Plaintiff, | : | 28 U.S.C. § 1361 |
| | : | |
| v. | : | |
| | : | |
| UNNAMED DEFENDANT, | : | CIVIL ACTION NO. |
|    Defendant. | : | 1:13-CV-1908-WSD-JFK |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

The matter is before the Court because mail addressed to Plaintiff at his address of record was returned on July 12, 2013, marked undeliverable and unable to forward. (Doc. 3). As of July 31, 2013, Plaintiff has not notified the Court of his whereabouts. Under Local Rule 41.2 C., "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ." As this Court has no information regarding Plaintiff's whereabouts, it is **RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2.

AO 72A
(Rev.8/82)

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 2nd day of August, 2013.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE